■ In the Matter of DONALD F. LAMUTIS, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. [700 NYS2d 779] —Order of suspension entered pursuant to 22 NYCRR 1022.19 (f) (2). Present—Green,

J. P., Lawton, Hayes, Pigott, Jr., and Callahan, JJ. (Filed Dec. 8, 1999.)